[No. 22173–6–I. Division One. December 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS ROMMLE MURRAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03381–0, John W. Riley, J., entered April

19, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Webster, JJ.